AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00221 |
|---|---|---|
| v. | ) | Assigned to: Judge Faruqui, Zia M |
| Stephen Brian Quick | ) | Assign Date: 2/10/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1752(a)(1) and (2), | Restricted Buildings or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | Unlawful Activities on Capitol Grounds. Disorderly Conduct; Parading and Demonstrating in the Capitol Building |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Isaac McPheeters, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ (specify reliable electronic means).

Date: __02/10/2021__

_____
*Judge's signature*

City and state: __Washington, DC__   U.S. Magistrate Judge Zia M. Faruqui
*Printed name and title*