AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Stephen Brian Quick

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00221
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/10/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Stephen Brian Quick
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. §§ 1752(a)(1) and (2), Restricted Buildings or Grounds
Title 40 U.S.C. §§ 5104(e)(2)(D) and (G), Unlawful Activities on Capitol Grounds; Disorderly Conduct; Parading and Demonstrating in the Capitol Building

2021.02.10
20:55:54 -05'00'

*Issuing officer's signature*

Date:   02/10/2021

City and state:   Washington, D.C.

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2-11-2021 , and the person was arrested on *(date)* 2-12-2021
at *(city and state)* SPRINGFIELD, MO .

Date: 2-12-2021

*Arresting officer's signature*

SPECIAL AGENT ISAAC M PFLEETERS
*Printed name and title*